Ryan Lee, Esq. (SBN 235879)
Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KENYA KNEZEVICH, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| NCO FINANCIAL SYSTEMS, INC., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

KENYA KNEZEVICH (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Colorado Springs, Colorado.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant has been contacting Plaintiff for approximately six (6) months.

13. Defendant places multiple calls a day to Plaintiff at 719-527-1964.

14. Defendant places collection calls to Plaintiff at 719-527-1964 and has disclosed to third parties that Defendant is a debt collector attempting to collect a debt.  (See Exhibit A).

# COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692b(2)* of the FDCPA by communicating with third parties and informing them that Plaintiff owes a debt.

    b. Defendant violated *§1692c(b)* of the FDCPA by communicating with third parties and informing them that Plaintiff owes a debt.

    c. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural consequence is the abuse and harassment of Plaintiff.

    d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

16. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, KENYA KNEZEVICH, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, KENYA KNEZEVICH, demands a jury trial in this case.

                                                      RESPECTFULLY SUBMITTED,

DATED:  February 26, 2009           KROHN & MOSS, LTD.

                                          By: /s/ Nicholas J. Bontrager

                                             Nicholas J. Bontrager
                                             Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF COLORADO

Plaintiff, KENYA KNEZEVICH, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KENYA KNEZEVICH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

2-23-2009
Date

_____
KENYA KNEZEVICH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A</u>**

file:///G|/All%20Files-FDC/Open%20Files/Knezevich,%20Kenya%20v.%20...s,%20Inc/Prelitigation%20Investigation/email%20from%20roommate.txt

Case 2:09-cv-01042-WBS-DAD   Document 1   Filed 04/17/09   Page 7 of 10

From: mprwatch@hotmail.com
To: kenyamht@hotmail.com
Subject: Collections
Date: Wed, 25 Feb 2009 15:50:35 -0700


Kenya

You wanted me to write in regards to the collection calls? The collection calls have stopped in the past few days here at the house actually the phone rarely rings now. However before this the phone calls were disruptive and abusive by constantly calling. I removed, caller ID and voicemail from the phone line about a year ago. When the phone rings I dont know whom it may be at the other end of the phone. When answering the phone it was always a recorded message,"this is a legal call in an attempt to contact a debtor this only an attempt,?" Please contact "some guys name and number" as soon as posible to take care of this debt. A long pause. And I always hung up after this long pause. The same machine would call right back. One day I was frustrated thinking a live person would come on the line and I waited for the long pause ( 10-15 seconds) a recording gave out a code and it automaticly disconnects the line. No human ever comes to the phone. I also noticed you had to listen to the whole message in order to avoid them from calling right back.

Like I said earlier the phone calls stopped. The phone hasnt rang at all during the day only at night when Brians girl friend calls at 10pm. The constant ringing had to of been them or its just a huge quincident.

Thank you for taking care of those calls I really do appreciate it. We finaly have some peace in the house. Keep the good work up.


Michael Russell
865 Bayfield Drive
Colorado Springs, co 80906

file:///G|/All%20Files-FDC/Open%20Files/Knezevich,%20Kenya%20v.%20...s,%20Inc/Prelitigation%20Investigation/email%20from%20roommate.txt

719-527-1964    Case 2:09-cv-01042-WBS-DAD   Document 1   Filed 04/17/09   Page 8 of 10

**EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES / NO  ☑YES
2. Fear of answering the telephone — ☑YES / NO
3. Nervousness ———————————— Always! — ☑YES / NO
4. Fear of answering the door — ☑YES / NO
5. Embarrassment when speaking with family or friends — ☑YES / NO
6. Depressions (sad, anxious, or "empty" moods) — ☑YES / NO
7. Chest pains — ☑YES / NO
8. Feelings of hopelessness, pessimism — ☑YES / NO
9. Feelings of guilt, worthlessness, helplessness — ☑YES / NO
10. Appetite and/or weight loss or overeating and weight gain — ☑YES / NO
11. Thoughts of death, suicide or suicide attempts — YES / ☑NO
12. Restlessness or irritability — ☑YES / NO
13. Headache, nausea, chronic pain or fatigue — ☑YES / NO
14. Negative impact on my job — YES / NO
15. Negative impact on my relationships — ☑YES / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _Makes me sick knowing I'm in debt. The car accident left me broke. The settlement was used to pay off all my lien & still no money for medical therapy or to pay off my other debts. I'm trying the best I can._

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: Feb 25, 2001

_____
Signed Name

_____
Printed Name: Knezevich