Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA KNEZEVICH,<br><br>            Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | Case No.  09-CV-01042-WBS-DAD<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiff, KENYA KNEZEVICH, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on April 17, 2009.  NCO filed its responsive pleading on May 20, 2009.  Plaintiff filed a Notice of Acceptance with Offer of Judgment on June 25, 2009.  Prior to the Court entering judgment pursuant to the accepted Offer of Judgment, the parties resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 7/27/09    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 7/27/09    KROHN & MOSS, LTD.

/s/ Nick Bontrager
Nick Bontrager,
Attorney for Plaintiff,
Kenya Knezevich

IT IS SO ORDERED.

Dated:  July 27, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE